IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| PATRICIA BAME, | * | |
| Plaintiff, | * | |
| v. | * | CV 615-097 |
| AUGUSTA COLLECTION AGENCY, INC. | * | |
| Defendant. | * | |

**ORDER**

Presently before the Court is Plaintiff's Notice of Dismissal with Prejudice. (Doc. 7.) Plaintiff previously indicated that the parties had settled the matter. (Doc. 6.) Plaintiff now moves to dismiss the matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). A review of the docket shows that Defendant has not served an answer or a motion for summary judgment. Accordingly, the Court **GRANTS** Plaintiff's motion and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**ORDER ENTERED** at Augusta, Georgia this 2nd day of December, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA